AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:19-mj-46 | Date and time warrant executed: 1 Oct 19 0503 | Copy of warrant and inventory left with: PV2 Bryan Stills |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

- Cellular Phone: Android, Model 6062W, IMEI 015126003676740, used condition
- Laptop: Dell, Model: Inspiron, S/N C7Y9FP2, used condition
- Cellular Phone: Android, Model 6062W, IMEI 015126001604889, scratched condition, screen severely cracked.

[Stamp: FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 OCT -2 AM 9:53 CLERK J. Hodges SO. DIST. OF GA.]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

Richard B Stones, Special Agent
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 SEP 27 AM 9:12 CLERK_____ SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>IN THE MATTER OF THE SEARCH OF THE<br>PREMISES LOCATED AT Room 219, Building 29705,<br>455 B Street, Fort Gordon, Georgia 30905 | )<br>)<br>)   Case No.   1:19-mj-46<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Georgia_____
*(identify the person or describe the property to be searched and give its location)*:

All items as more fully set forth in Attachement A, " Property to be Searched," incorporated by reference as if fully forth herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Contraband, evidence of the crime, fruits of the crime, instruments of the crime, concerning violations of Title 18, United States Code, Sections 2252 and 2252A as more fully set in Attachment B "Items to be Seized," incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   10/11/2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Brian K. Epps_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   9/27/2019   _____/s/ Brian K. Epps_____
*Judge's signature*

City and state:   Augusta, Georgia   Brian K. Epps, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### PREMISES TO BE SEARCHED

The premises to be searched is the entire premises located at Room 219, Building 29705, 455 B Street, Fort Gordon, GA 30905, hereinafter the SUBJECT PREMISES. The SUBJECT PREMISES is more fully described as a barracks room, located within a multi-story barracks building, with a brick facade and mortar exterior. The premise to be searched includes, any appurtenances to the real property, that is, the SUBJECT PREMISES and any storage units/outbuildings. Due to the ability and ease for individuals to upload and save child pornography onto media storage devices such as CDs, DVDs, and thumb drives, which can be easily concealed and stored inside of a vehicle, the premises to be searched includes vehicles owned by Bryan Stills, resident/occupant of the SUBJECT PREMISES.

A birds-eye view photograph of the SUBJECT PREMISES is below:



1

Photographs of the SUBJECT PREMISES' exterior (front of building and entrance to residence) are below:

Photographs of the SUBJECT PREMISES' exterior (front of building and entrance to residence)

are below:










## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

Contraband, fruits, instrumentalities, and evidence of violations of Title 18, United States Code, Sections 2251, 2252 and 2252A (activities relating to child pornography), including:

1. Child pornography and images or visual depictions of minors engaged in sexually explicit conduct;

2. Child erotica;

3. Information, correspondence, records, documents or other materials, including computers, mobile phones, or storage media, constituting evidence of or pertaining to the production, possession, receipt, distribution, accessing with intent to view, or transmission through interstate or foreign commerce of items "1" and "2" above, or constituting evidence of or pertaining to an interest in child pornography or sexual activity with children;

4. For any computer, mobile phone or storage medium whose seizure is authorized by this authorization, and any image of such computer, mobile phone or storage medium (hereinafter, "COMPUTER"):

   a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this search and seizure authorization were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history,

4

      user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k. records of or information about Internet Protocol addresses used by the COMPUTER;

l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m. contextual information necessary to understand the evidence described in this attachment.

4. Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer," includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium," includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, DVDs, and other magnetic, electronic, or optical media.